**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. ___2:06cr119-WHA___ |
| | ) | [18 USC 472] |
| TANISHA AKIRA BELL | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 3, 2005, in the Middle District of Alabama, the defendant,

TANISHA AKIRA BELL,

did, with intent to defraud, pass, utter, publish and sell and attempt to pass, utter, publish and sell

and keep in possession and conceal any falsely made, forged, counterfeited and altered obligation

and other security of the United States, that is, four counterfeited $100 bills bearing the same serial

number, one hundred counterfeited $20 bills bearing the same serial number, and fifty counterfeited

$20 bills bearing the same serial number, in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

*Wayne D Gilbert*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Tommie Brown Hardwick*
Tommie Brown Hardwick
Assistant United States Attorney