# Memorandum



| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment-TANISHA AKIRA BELL Sentencing Guidelines Case | May 2, 2006 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court | Tommie Brown Hardwick Assistant U.S. Attorney |

Please issue an arrest warrant for the following individual who was indicted at the May 2, 2006, Grand Jury:

>TANISHA AKIRA BELL
>622 Montgomery Highway
>Hayneville, Alabama 36040
>
>
>LIMITS OF PUNISHMENT
>COUNT 1
>NMT $250,000 fine or twice
>gross loss to victim or
>twice gross gain to defendant,
>whichever is greatest;
>NMT 20Y, B;
>NMT 5Y SUP REL;
>$100 Assessment Fee;
>VWPA

Estimated trial days: 2