| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** May 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 2:06 - 2:18 |

- √ **INITIAL APPEARANCE**
- ❏ **DETENTION HEARING**
- ❏ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ❏ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❏ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON    **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr119-WHA              **DEFT. NAME:** Tanisha Akira Bell

**USA:** Tommie Brown Hardwick          **ATTY:** Christine Freeman

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:**

Defendant ____ does √ does NOT need an interpreter; NAME _____

---

- √ **Kars.** Date of Arrest **5/17/06**    or  ❏ karsr40
- √ **kia.** Deft. First Appearance. Advised of rights/charges. ❏Pro/Sup Rel Violator
- √ **Finaff.** Financial Affidavit executed ❏ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- √ **koappted** **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ❏ **20appt.** Panel Attorney Appointed; ❏ to be appointed - prepare voucher
- ❏ Deft. Advises he will retain counsel. Has retained _____
- ❏ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion;
- ❏ Government's **WRITTEN** Motion for Detention Hrg. filed.
- ❏ **DETENTION HRG** ❏ held; ❏ set for _____; ❏ **Prelim. Hrg** ❏ Set for _____
- ❏ **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❏ **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- √ **kocondrls.** Release order entered. √ Deft. advised of conditions of release.
- √ **kbnd.** √ **BOND EXECUTED** (M/D AL charges) $ **25,000**    Deft released (kloc LR)
    ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❏ **Loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- ❏ **ko.** Deft. **ORDERED REMOVED** to originating district
- ❏ **kwvprl.** Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❏ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ **Karr.** **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
    √ **Trial Term** **10/24/06**    ; √ **PRETRIAL CONFERENCE DATE:** **6/2/06**
    √ **DISCOVERY DISCLOSURES DATE:** **5/17/06**    CONSENT: 10/4/06
- ❏ **Krmknn.** **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❏ **krmvhrg.** Identity/Removal Hearing set for _____
- √ **Kwvspt** **Waiver of Speedy Trial Act Rights Executed.**