IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO.: 2:06cr119-WHA |
| | ) | |
| TANISHA AKIRA BELL | ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, TANISHA AKIRA BELL, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

5/17/06
DATE

5/17/06
DATE

_[signature]_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT