| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 10/16/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:27 - 9:28 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   2:06cr119-WHA   **DEFENDANT(S):** Tanisha Akira Bell

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * * * | Jennifer Hart |
| | * * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**     Plea Possible

☐ **TRIAL STATUS**     1 day for Trial

☐ **REMARKS:**   Pretrial Diversion Request; Government should know by 10/17/06