IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-119-WHA |
| | ) | |
| TANISHA A. BELL | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, Tanisha Bell, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. The Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 12th day of December, 2006

    Respectfully submitted;

    s/Christine A. Freeman
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Malik Elawad
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-119-WHA** |
| | ) | |
| **TANISHA A. BELL** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie Brown Hardwick, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                            **s/Christine A. Freeman**
                                            **CHRISTINE A. FREEMAN**
                                            **TN BAR NO.: 11892**
                                            Attorney for Malik Elawad
                                            Federal Defenders
                                            Middle District of Alabama
                                            201 Monroe Street , Suite 407
                                            Montgomery, AL 36104
                                            TEL:  (334) 834-2099
                                            FAX:  (334) 834-0353
                                            E-Mail: Christine_Freeman@fd.org