| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 12/18/06 | | DIGITAL RECORDING: 2:49 - 2:52 |
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Risa Entrekin | |

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:06cr119-WHA*     **DEFENDANT NAME:** *Tanisha Akira Bell*

**AUSA:** *Tommie Brown Hardwick*     **DEFENDANT ATTY:** *Patricia Kemp*

Type Counsel:     ( ) Waived;   ( ) Retained;   (X) Panel CJA;   ( ) CDO

**USPO:** *Jakki Caple*

Defendant _____ does    __x__ does NOT need and interpreter.

Interpreter present?  __x__ NO    _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

    X Count(s) __1__    of the Felony Indictment.

    ❏ Count(s) _____    ❏ dismissed on oral motion of USA;

                    ❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNT**

X— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

X — **ORDER:** Defendant Continued under x same bond ; ❏ Released on Bond & Conditions of Release

    ❏ summons; for:

❏ Trial on _____; x - Sentencing    x- to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❏ Posting a $_____ Bond;

    ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.