IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-119-WHA** |
| | ) | |
| **TANISHA A. BELL** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Patricia Kemp, and enters her appearance as counsel for **TANISHA A. BELL**, in the above-styled matter.

Dated this 20th day of December 2006.

Respectfully submitted,

s/Patricia Kemp
**PATRICIA KEMP**
ASB-4592-R80K
Attorney for Taneshia Lawson
Federal Defenders Middle District of Alabama
201 Monroe Street,
Suite 407 Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: patricia_kemp@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-119-WHA |
| | ) | |
| **TANISHA A. BELL** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tommie B. Hardwick, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                   Respectfully submitted,

                   **s/Patricia Kemp**
                   **PATRICIA KEMP**
                   ASB-4592-R80K
                   Attorney for Taneshia Lawson
                   Federal Defenders Middle District of Alabama
                   201 Monroe Street,
                   Suite 407 Montgomery, AL 36104
                   TEL: (334) 834-2099
                   FAX: (334) 834-0353
                   E-Mail: patricia_kemp@fd.org