IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-119-WHA |
| | ) | |
| TANISHA A. BELL | ) | |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION**

The defendant, Tanisha A. Bell, gives notice of the filing of the following exhibits in support of her sentencing position:

## TABLE OF EXHIBITS

**Exhibit Number    Exhibit Name**

Character Letters/Community Involvement and Support

1. Character letter written on May 31, 2006 by Wanda Rogers, a long time friend of Ms. Bell's family;

2. Character letter written on June 1, 2006 by Annie F. Patrick, a long time friend of Ms. Bell's family;

3. Character letter written on June 1, 2006 by Karl and Helenor Bell, relatives of Ms. Bell and owners of Bell Funeral Home in Hayneville, Alabama;

4. HeadStart Volunteer Award, presented to Ms. Bell on May 9, 2005;

Family Photographs

5. Photograph of Ms. Bell at the age of 13;

6. Photograph of Ms. Bell on her wedding day on February 14, 1998. She is pictured with her daughter, Colesia at age 5 and her son, Kiante at age 3;

7. Photograph of Ms. Bell's son and daughter, Joshua at age 3 and Haley at age 2;

8. Photograph of Ms. Bell's daughter, Colesia, at age 4;

9. Photograph of Ms. Bell's son, Kiante, at age 4;

10. Photograph of Ms. Bell's daughter, Colesia, at age 7;

11. Photograph of Ms. Bell and her children: Colesia at age 11, Kiante at age 10, Haley at age 6, and Joshua at age 7;

Respectfully submitted,

s/Christine Freeman
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Tanisha A. Bell
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:06-CR-119-WHA |
| ) | |
| TANISHA A. BELL ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher A. Snyder, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                          **Respectfully submitted,**

                                          s/Christine A. Freeman
                                          **CHRISTINE A. FREEMAN**
                                          TN BAR NO.: 11892
                                          Attorney for Tanisha A. Bell
                                          Federal Defenders
                                          Middle District of Alabama
                                          201 Monroe Street, Suite 407
                                          Montgomery, AL 36104
                                          TEL:   (334) 834-2099
                                          FAX:   (334) 834-0353
                                          E-Mail: Christine_Freeman@fd.org