# CHARACTER LETTERS/ COMMUNITY INVOLVEMENT AND SUPPORT

①

May 31, 06

To whom it may concern:

I, Wanda Rogers have known Tanisha Bell Baker since she was a baby. Tanisha has always been a loving, caring, beautiful hearted person. She is always ready and willing to loan a helping hand whenever and where-ever needed. She is like sunshine on a rainy day to some-one who is feeling down or depressed. She uplifts family and friends in several ways with her kindness and is never ashamed to say the words "I Love You!"

She is a Great Mother to her children. She is always concerned about them doing their best in school, and always help them with their

EXHIBIT
1

homework.
    She believes in going to church and studying hard to learn more about how God wants her to live and raise her children.
    Tonisha is an inspirational person to be around.

                Sincerely,
                Wanda Rogers
                269-1491 (aunt)

168 County Road 2
Hayneville, AL 36040
June 1, 2006

Dear Madam/Sir:

This letter is to inform you that I have known Zeneska Bell all of her life. I watched her grow from a baby to a young adult in the community, in the church and schools. I was a Sunday school teacher and youth director of the Mt Moriah No 2 Baptist Church. She was a good student and a spiritual young lady. She always attend church. When she became a parent, she was devoted to her children. She does not leave her children for others to take care of. She stays at home and take care of her own children. She send them to school clean and well dressed. She goes to the schools to check on her children. She is bringing them up in the church. She give them much love and take care of them in a special way.

EXHIBIT 2

From a young child until now, Jenesha is blessed with unique qualities of love, kindness, meekness, trustworthyness, faithfulness, truthful, prayful and a spiritual person. She has always ask me to pray for her and I do; because it is not easy to be a single parent. But Jenesha is a good person and loves her children and tries hard to train them up right.

May the Lord bless and keep her is my prayer.

Thank you,
Annie F. Patrick

06/07/2006  14:27  3344699185   GRANDVIEW   PAGE  03



228 Tuskeena/ P.O. Box 850 Hayneville, AL 36040
Office: (334) 548-5122 - Fax: (334) 548-5575
Email Address: htb@htcnet.net
www.bellfuneralhome.com

June 1, 2006

To Whom It May Concern:

    This letter is to verify that we, Karl and Helenor Bell, owners of Bell Funeral Home has known, Tanisha Bell, our niece all of her life. She is a very Good person and a hard worker.

    She's focusing on bettering her life for herself and her children and any help for them will be greatly appreciated.

Thank You,

*Karl K. Bell*

*Helenor Bell*

**EXHIBIT 3**