

# Head Start Volunteer Award

## This Certificate is Awarded to:

### Tanisha Bell

for outstanding volunteer service to the Head Start Program during the past year.

*Arthur Nelson*
Project Director

*May 5, 2005*
Date

**EXHIBIT 4**

# FAMILY PHOTOGRAPHS

Photograph of Ms. Bell at age 13

EXHIBIT 5
tabbies