Photograph of Ms. Bell on her wedding day, February 14, 1998. She is pictured w/her daughter Colesia and son Kiante

EXHIBIT 6

Photograph of Ms. Bell's son and daughter Joshua at age 3 and Haley at age 2



EXHIBIT 7



Photograph of Ms. Bell's daughter, Colesia, at age 4

EXHIBIT 8