Photograph of Ms. Bell's son, Kiante, at age 4



EXHIBIT 9



Photograph of Colesia at age 7

EXHIBIT 10



Family photograph of Ms. Bell and her children
From Left to Right, beginning in the back
Colesia at age 11, Ms. Bell, Kiante at age 10, Haley at age 6, and Joshua at age 7